## DIVIDENDS REMITTED TO THE COURT
Check Number 1010 Dated 03/18/11
Case Number 10-10496 - BROZIC, SHAWN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|----------|-----------|----------------|-------------|
| **American Express Centurion Bank** | 000006 | 35.01 | 0.78 |
| **c/o Becket and Lee LLP** | | | |
| **POB 3001** | | | |
| **Malvern PA 19355-0701** | | | |
| Unsecured Distribution | | | |
| #3006 | | | |

#152058

CK 1010

----------- Remittance Total ---------------                35.01            0.78

_____
Waldemar J. Wojcik, Trustee